**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STALIN N. ZAPATA-VARGAS,** *Petitioner,* | : | |
| **v.** | : | **CIVIL NO. 26-6691** |
| **J. L. JAMISON et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **28th** day of **September 2026**, upon consideration of Mr. Zapata-Vargas' Petition for a Writ of Habeas Corpus (ECF No. 1), the Government's Response in Opposition (ECF No. 3), and the Petitioner's Reply in Support (ECF No. 5), it is hereby **ORDERED** that the Petition, and its contemporaneous Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Habeas Relief, are **DENIED**.

**BY THE COURT:**

/S/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**